The People of the State of New York, Respondent,
against
Jonathan Goodwin, Defendant-Appellant.



In consolidated cases, defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Joanne D. Quinones, J.), rendered March 25, 2013, convicting him, upon pleas of guilty, of two counts of criminal mischief in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Joanne D. Quinones, J.), rendered March 25, 2013, affirmed.
The record as a whole establishes that defendant knowingly, voluntarily and intelligently pleaded guilty after having been sufficiently advised of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). Inasmuch as the record also demonstrates that defendant was rational and coherent throughout the plea, freely admitted his guilt and demonstrated his understanding of the terms and consequences of the plea, the court did not err in failing to make further inquiry regarding defendant's mental condition (see People v Ames, 184 AD2d 1083 [1992], lv denied 80 NY2d 1025 [1992]; see also People v Alexander, 97 NY2d 482 [2002]; People v Beals, 2 AD3d 329 [2003], lv denied 2 NY3d 761 [2004]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 14, 2016